# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 1308

VERSUS

JEROME GRAY

**FEBRUARY 26, 2024**

---

In Re:     Jerome Gray, applying for supervisory writs, 18th
           Judicial District Court, Parish of Iberville, No. 267-
           16.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED.**

                              MRT
                              AHP
                              HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT